JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JON RANDALL ZELLMER,<br><br>Defendant. | NO. CR 06-5597RBL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS' DEADLINE |

Upon the unopposed motion of Defendant Jon R. Zellmer to continue the trial and pretrial motions' due date in the above-captioned case, and based upon the uncontested facts set forth in the motion, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to ~~February~~ Jan 8, 2007. The period of delay resulting from this continuance from November 20, 2006, to the new trial date of ~~February~~ Jan 8, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

//
//

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(USA v. ZELLMER, CR 06-5597RBL) - 1

FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402
(253) 593-6710

1   IT IS FURTHER ORDERED that the pretrial motions' due date be extended to
2   December 11, 2006, ~~and the pretrial conference set for~~
3   ~~_____, 2007~~.
4   DONE this 8th day of November, 2006.

_____
HON. RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
MIRIAM SCHWARTZ
Attorney for Defendant
Jon Randall Zellmer

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(USA v. ZELLMER, CR 06-5597RBL) - 2

FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402
(253) 593-6710